J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MEENEHAN, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01344-PMP-PAL<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

      Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Monday August 9, 2010 for copyright infringement against Stephen Meenehan ("Mr. Meenehan"). Righthaven and Mr. Meenehan have agreed to settle the matter by a written agreement.

      Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this fifth day of October, 2010.

RIGHTHAVEN LLC

By: /s/ J. Charles Coons
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorney for Plaintiff

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated:  October 6, 2010.

2